IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JERRY PETERSON,**

      Plaintiff,

  v.

**UNITED STATES OF AMERICA,** *et al*,

      Defendants.

Civ. No. 1:16-cv-1913-CL

OPINION and ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 11) and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude it is correct.

1 – OPINION AND ORDER

Therefore, Magistrate Judge Clarke's Findings and Recommendation (ECF No. 11) is adopted in its entirety, Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 6), is **GRANTED**, and this action is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 10th day of March, 2017.

       **/s/ Michael J. McShane**
Michael J. McShane
United States District Judge